IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FAYE SHEPPS, | No. 2:12-CV-0979-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pursuant to the court's scheduling order, plaintiff is required to prosecute this action by either seeking voluntary remand or filing a dispositive motion within 45 days from the date of service of the administrative record by defendant. Pending before the court is the parties' stipulated motion for an extension of time (Doc. 11) for plaintiff to file a dispositive motion. Good cause appearing therefor, the request is granted. Plaintiff shall file a dispositive motion by October 2, 2012. Plaintiff is warned that failure to file a dispositive motion within the time provided may result in dismissal of this action for lack of prosecution and failure to comply with court orders

1 | and rules.  See Local Rule 110.
2 |           IT IS SO ORDERED.
4 | DATED: August 31, 2012

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE