BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
Armand D. Roth, Cal. Bar # 214624
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8943
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| SUSAN FAYE SCHEPPS, | Civil No. 12-CV-00979-CMK |
| Plaintiff | **STIPULATION AND ORDER** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

      The parties hereby stipulate by counsel, subject to the approval of the Court, that Defendant shall have a first extension of time of 30 days, up to November 30, 2012, to respond to Plaintiff's motion for summary judgment. This extension is requested because additional time is needed to adequately research the issues presented in this case.

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 25, 2012

/s/ Shanny J. Lee
(As authorized via e-mail)
SHANNY J. LEE
Attorney for Plaintiff

Dated: October 25, 2012

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration


/s/ Armand D. Roth
ARMAND D. ROTH
Special Assistant United States Attorney

Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.

**Date: 10/31/2012**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2